UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUSAN ZUKERGOOD,

                Plaintiff,                21 **CIVIL** 6464 (PGG)(SDA)

     -against-                    **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 24, 2023, the Court adopts the Report & Recommendation in its entirety. Plaintiffs motion for judgment on the pleadings is granted to the extent that this case is remanded for further administrative proceedings. Defendant's motion for judgment on the pleadings is denied and the case is remanded to the Commissioner of Social Security for further proceedings.

**Dated:**  New York, New York
        January 24, 2023

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

               **BY:**

                                          **Deputy Clerk**